# United States District Court
## Southern District of Georgia
Post Office Box 8287
Savannah, Georgia 31412

**John F. Nangle**
*United States District Judge*

*Telephone: (912) 650-4014*
*Fax: (912) 650-4017*

**SELF INITIATED
AMENDMENT**

RECEIVED
2004 JUN -8 A 11: 10
FINANCIAL DISCLOSURE OFFICE

June 1, 2004

Attn: Ralph Watkins
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Dear Mr. Watkins:



Very truly yours

John F. Nangle

JFN/me
Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nangle, John F | U.S. District Court, E.D. Mo. | 5/13/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Senior | ○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 1/1/03<br>to<br>12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 8287<br>Savannah, GA 31412 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

**SELF INITIATED AMENDMENT**

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▉▉▉ | ▉▉▉ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jun 15 11 06 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Nangle, John F | 2. Court or Organization U.S. District Court, E.D. Mo. | 3. Date of Report 5/13/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge Senior | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address P. O. Box 8287 Savannah, GA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

**SELF INITIATED AMENDMENT**

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. ██████ | ██████ |

RECEIVED 2004 JUN -8 A 11:11 FINANCIAL DISCLOSURE OFFICE

| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2004 | Calendar Year 2003 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nangle, John F | U.S. District Court, E.D. Mo. | 5/13/04 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
| U.S. District Judge Senior | ○ Nomination, Date  ○ Initial  ○ Annual  ○ Final | 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. | |
| P. O. Box 8287 | | |
| Savannah, GA 31412 | Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ██████ | ██████ |

RECEIVED May 18 11 19 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE · - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nangle, John F | 5/13/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nangle, John F | 5/13/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▆▆▆▆ | ▆▆▆▆▆▆▆▆ | | | | | | | | |
| 2. ▆▆▆▆▆ | ▆▆▆▆▆▆▆▆ | | | | | | | | |
| 3. ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆ | | | | | | | | |
| 4. ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆ | | | | ▆▆▆▆▆▆▆▆ | | | ▆ | |
| 5. ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | | | | | | | ▆ | |
| 6. ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆▆ | | | | | | | | |
| 7. ▆▆▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | | | | | | | | |
| 8. ▆▆▆▆▆ | ▆▆▆▆▆▆ | | | | | | | | |
| 9. ▆▆▆▆▆ | ▆▆▆▆▆▆ | | | | | | | | |
| 10. ▆▆▆▆▆ | ▆▆▆▆▆▆ | | | | | | | | |
| 11. ▆▆▆▆▆ | ▆▆▆▆▆ | | | | | | | | |
| 12. ▆▆▆▆▆▆▆ | ▆▆▆▆▆ | | | | | | | | |
| 13. ▆▆▆▆▆ | ▆▆▆▆▆▆ | | | | | | | | |
| 14. ▆▆▆▆ | ▆▆▆▆▆ | | | | | | | | |
| 15. ▆▆▆▆▆▆ | ▆▆▆▆▆ | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____5-13-04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544